**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00071-CV

### LIZZIE J. LOVALL, INDIVIDUALLY; KEITH L. SHAW; INDIVIDUALLY: KENNETH L. YOUNG; INDIVIDUALLY; KIM L. SHAW, INDIVIDUALLY, Appellants

### V.

### HARRIS COUNTY, TEXAS, INDIVIDUALLY, OFFICIALLY AND VICARIOUSLY; MAY WALKER, CONSTABLE, PRECINCT 7, INDIVIDUALLY; RUTH MCDUGLE, INDIVIDUALLY; DARLA TURNER, INDIVIDUALLY; JOHN K. GEORGE, OFFICIALLY, INDIVIDUALLY; GOW-MING CHAO, INDIVIDUALLY; ET AL, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-23410**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed December 27, 2012. Appellants Lizzie Lovall, Keith L. Shaw, Kenneth L. Young, and Kim L. Shaw

filed suit against Harris County, Texas, May Walker, Ruth McDugle, Darla Turner, John K. George, Gow-Ming Chao, and Chia-Li Chao. On August 21, 2012, the trial court dismissed appellants' case against all parties. On October 23, 2012, the trial court granted appellants' motion to vacate the dismissal except as to Gow-Ming Chao and Chia-Li Chao. Appellants filed a motion to reinstate their cases against Gow-Ming Chao and Chia-Li Chao, which was denied on December 27, 2012. On November 28, 2012, the trial court granted a motion for summary judgment filed by Harris County, May Walker, Darla Turner, and Ruth McDugle. On January 22, 2013, appellants filed a notice of appeal seeking to appeal "the Court's Dismissal Order." After the partial grant of the motion to vacate, and the summary judgment, there remain outstanding causes of action against John K. George.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On February 18, 2013, appellees filed a motion to dismiss the appeal for want of jurisdiction because causes of action remain against defendant John K. George. The record supports appellees' motion.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.

2